IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARLOS GONZALES<br>*Plaintiff* | * * * | CIVIL ACTION NO. 22-232 L(2) |
| | * | JUDGE ELDON E. FALLON |
| v. | * | |
| | * | MAG. JUDGE DONNA PHILLIPS |
| WEEKS MARINE COMPANY, LLC,<br>*Defendant* | * * | CURRAULT |

## DISMISSAL ORDER

The Court has been advised that the parties recently reached a settlement of all claims in the above-captioned case. Accordingly,

**IT IS HEREBY ORDERED** that this action be and is hereby **DISMISSED** without cost and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. **COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS MUST** be notified by counsel not to appear.

New Orleans, Louisiana, this 3rd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE