UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARLOS GONZALES** | **CIVIL ACTION NO. 2:22-cv-00232** |
| **VERSUS** | **SECTION L**<br>**JUDGE FALLON** |
| **WEEKS MARINE COMPANY, LLC** | **DIVISION 2**<br>**MAG. JUDGE CURRAULT** |

## MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Carlos Gonzales, who respectfully moves this Honorable Court for an Order dismissing this case with prejudice. In support of this Motion, Plaintiff represents that he and the Defendant, Weeks Marine, Inc. have entered into a voluntary settlement agreement that fully and finally resolves all claims including claims that were asserted or could have been asserted in the case, and, therefore the matters in dispute between the parties have been resolved. In addition, settlement funds have been exchanged. Accordingly, this matter has been fully resolved and settled. Plaintiff hereby requests that all claims asserted against the Defendant be dismissed with prejudice with each party to bear its own costs.

**WHEREFORE**, Plaintiff, Carlos Gonzales prays that this Honorable Court dismiss all claims asserted against the Defendant with prejudice with each party to bear its own costs.

Respectfully submitted,

*(Signature to follow on next page)*

**THE BUZBEE LAW FIRM**

    */s/ Christopher J. Leavitt*
    Christopher J. Leavitt
    *Admitted Pro Hac Vice*
    State Bar No. 24053318
    Fed. ID No. 1045581
    Anthony G. Buzbee
    *Admitted Pro Hac Vice*
    State Bar No. 24001820
    Fed. ID No. 22679
    J.P. Morgan Chase Tower
    600 Travis, Suite 7500
    Houston, Texas 77002
    Phone: (713) 223-5393
    Facsimile: (713) 223-5909
    Email: TBuzbee@txattorneys.com
    Email: CLeavitt@txattorneys.com

**GARNER & MUNOZ**

    */s/ John G. Munoz*
    Louisiana Bar No. 9830
    935 Gravier Street, Suite 1140
    New Orleans, Louisiana 70112-2411
    Phone: 504-581-7070
    Facsimile: 504-581-7083
    Email: jgm@g-mlaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document will be served or has been served on all interested parties in accordance with the Federal Rules of Civil Procedure on the *February 21, 2024*.

    */s/ Christopher J. Leavitt*
    Christopher J. Leavitt