UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARLOS GONZALES** | **CIVIL ACTION NO. 2:22-cv-00232** |
| **VERSUS** | **SECTION L** <br> **JUDGE FALLON** |
| **WEEKS MARINE COMPANY, LLC** | **DIVISION 2** <br> **MAG. JUDGE CURRAULT** |

## ORDER

Considering the foregoing Motion to Dismiss with Prejudice filed by Plaintiff, Carlos Gonzales;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED;**

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that this matter in its entirety, including all of Plaintiff Carlos Gonzales' claims against Defendant, Weeks Marine, Inc. is hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs of court.

New Orleans, Louisiana, this 22nd day of February, 2024.

_____
**UNITED STATES DISTRICT COURT JUDGE**